# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2019

## NO. 03-19-00450-CV

**Jacqueline Harrington, Appellant**

**v.**

**Cross Creek of Texas, Ltd., Appellee**

### APPEAL FROM COUNTY COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 18, 2019. Having reviewed the record, the Court holds that Jacqueline Harrington has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.